ORIGINAL

UNITED STATES COURT OF INTERNATIONAL TRADE

09-00467

| | |
|---|---|
| FRESH GARLIC PRODUCERS ASSOCIATION, CHRISTOPHER RANCH L.L.C., THE GARLIC COMPANY, VALLEY GARLIC, and VESSEY AND COMPANY, INC., <br><br>Plaintiffs,<br>v.<br><br>UNITED STATES,<br><br>Defendant. | SUMMONS<br><br>Court No. 09-_____ |

**TO:** The Attorney General of the United States and the United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Tina Potuto Kimble
Clerk of the Court

1. Name and standing of Plaintiffs.

   Plaintiffs in this action are: Fresh Garlic Producers Association ("FGPA") and its individual members Christopher Ranch L.L.C., The Garlic Company, Valley Garlic, and Vessey and Company, Inc. As a trade association whose members are domestic producers of a domestic like product in the United States and producers of a domestic like product in the United States of fresh garlic, Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(C) & (E), who were parties to the proceeding that led to the determination being challenged. As such, Plaintiffs have standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2.  <u>Brief description of the contested determination</u>.

    The contested determination is the U.S. Department of Commerce's final results in the antidumping duty new shipper review on fresh garlic from the People's Republic of China. <u>Fresh Garlic from the People's Republic of China: Final Results and Final Rescission, In Part, of New Shipper Reviews</u>, 74 Fed. Reg. 50,952 (Dep't Commerce Oct. 2, 2009). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and (a)(2)(B)(iii). This Summons is being filed within 30 days of the publication in the <u>Federal Register</u> of the final determination, and is thus timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A).

3.  <u>Date of determination</u>.

    The U.S. Department of Commerce's final determination was issued on September 24, 2009.

4.  <u>If applicable, date of publication in Federal Register of notice of contested determination</u>.

    The determination was published in the <u>Federal Register</u> on October 2, 2009. <u>See Fresh Garlic from the People's Republic of China: Final Results and Final Rescission, In Part, of New Shipper Reviews</u>, 74 Fed. Reg. 50,952 (Dep't Commerce Oct. 2, 2009).

/s/ Michael J. Coursey
MICHAEL J. COURSEY
JOHN M. HERRMANN
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, DC 20007
(202) 342-8400
Counsel for Plaintiffs

Dated: October 30, 2009

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the Clerk of the Court is required to make service of the summons. For that purpose, I certify that a copy of the summons was served upon the party who filed the summons, and upon the following individuals by certified mail, return receipt requested, and by hand delivery to the Attorney-in-Charge, International Trade Field Office, Commercial Litigation Branch, Department of Justice, 26 Federal Plaza, New York, New York 10278-0001, on the date shown.

>Jeanne Davidson, Esq.
>Director, Civil Division
>Commercial Litigation Branch
>U.S. Department of Justice
>1100 L Street, NW, Room 12124
>Washington, D.C. 20530
>
>Cameron F. Kerry, Esq.
>General Counsel
>U.S. Department of Commerce
>14th Street & Constitution Avenue, NW
>Washington, D.C. 20230

By Hand:    Barbara S. Williams, Esq.
            Attorney-In-Charge
            International Trade Field Office
            Commercial Litigation Branch
            U.S. Department of Justice
            26 Federal Plaza
            New York, New York 10278-0001


                            The Honorable Tina Potuto Kimble
                            Clerk of the Court


Date: _____         By:_____

RECEIVED & FILED

IN ACCORDANCE WITH THE PROVISION
OF RULE 5(e). THIS PAPER IS DEEMED
FILED AS OF THE DATE OF MAILING
TO WIT _____ 10.30.09